IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOHNNY HUGHLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:12-cv-415-TMH |
| ) | (WO) |
| U.S. ATTORNEY GENERAL, et al., ) | |
| ) | |
| Defendants. ) | |

**OPINION and ORDER**

On October 1, 2012, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. 6 .) Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED, and that this case be and is hereby DISMISSED without prejudice for the Plaintiff's failure to comply with the orders of this court and his failure to pay the full filing fee upon the initiation of this case.

DONE this 30th day of October, 2012.

/s/   Truman M. Hobbs
TRUMAN M. HOBBS
SENIOR UNITED STATES DISTRICT JUDGE